IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BENNIE ADAMS | ) | CASE NO. 4:21-CV-158 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| LASHANN EPPINGER, WARDEN, | ) | JONATHAN D. GREENBERG |
| | ) | |
| | ) | REPORT & RECOMMENDATION |
| Respondent. | ) | (Doc. No. 4.) |

This 28 U.S.C. § 2254 petition is before the magistrate judge pursuant to Local Rule 72.2(b)(2). Before the Court is the petition for habeas corpus relief pursuant to 28 U.S.C. § 2254, filed by Petitioner Bennie Adams ("Petitioner" or "Adams"). (Doc. No. 1.) Currently pending is Petitioner's Motion to Proceed *In Forma Pauperis*. (Doc. No. 4.)

The decision whether to permit a litigant to proceed IFP is within the Court's discretion. *Monti v. McKeon*, 600 F. Supp. 112, 113 (D. Conn.), *aff'd*, 788 F.2d 1 (2d Cir. 1985) (Table Decision). *See also Westberry v. Erfe*, No. 3:17-cv-965 (VLB), 2017 WL 11552983, at *1 (D. Conn. Aug. 9, 2017) (denying motion to proceed IFP in habeas case) (citing *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 217-18 (1993) and *Monti*, 600 F. Supp. at 113.)

Petitioner's Application reflects his prisoner account contains $616.00,[1] and that the average balance in his account over the last six months was $524.18. (Doc. No. 4 at 5, 12-16.) Petitioner's

---

[1] The Trumbull Correctional Institution Inmate Demand Statement reflects that as of January 20, 2021, Petitioner's account balance was $789.10. (Doc. No. 4 at 12.)

resources are thus more than sufficient to expect him to bear the cost of filing a habeas corpus action, which amounts to $5.00.

Accordingly, it is recommended Petitioner's Application be denied and he be ordered to pay the filing fee of $5.00 within fourteen (14) days of the date of an Order adopting this recommendation.

Date:  January 27, 2021       *s/ Jonathan D. Greenberg*
                              Jonathan D. Greenberg
                              United States Magistrate Judge

**OBJECTIONS**
**Any objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation.  28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may waive the right to appeal the District Court's order.** *See United States v. Walters*, **638 F.2d 947 (6th Cir. 1981);** *Thomas v. Arn*, **474 U.S. 140 (1985),** *reh'g denied*, **474 U.S. 1111 (1986).**