UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------
:
BENNIE ADAMS, :
: CASE NO. 4:21-cv-00158
:
Petitioner, :
:
vs. : OPINION AND
: ORDER [Resolving
WARDEN LASHANN EPPINGER, : Doc. 4]
:
:
Respondent. :
:
------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On January 20, 2021, Plaintiff Bennie Adams filed a petition for Writ of Habeas Corpus. Adams filed an *in forma pauperis* application.[4] The Court referred the matter to Magistrate Judge Jonathan D. Greenberg.

On January 27, 2021, Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") finding that Adams could pay the necessary case filing fees, making *in forma pauperis* relief inappropriate.[5] Objections to the R&R were due by February 10, 2021. Plaintiff Adams filed no objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[5] Failure to timely

---

[1] Doc. 1.
[2] Doc. 4.
[3] Doc. 5.
[4] *Id.*
[5] 28 U.S.C. § 636(b)(1).

Case No. 4:21-cv-00158
Gwin, J.

object waives a party's right to appeal the magistrate's report.[6] Where a party does not object to the R&R, a district court may adopt it without review.[7]

Further, this Court has examined Plaintiff Adams' *in forma pauperis* application and believes it should be denied.

Accordingly, in light of Plaintiff Adams's decision not to object to the R&R in this case and his application's lack of merit, the Court **ADOPTS** Magistrate Judge Greenberg's R&R, incorporates it as if fully restated herein, and **DENIES** Plaintiff Adams' *in forma pauperis* application.

IT IS SO ORDERED.

Dated: September 8, 2021         *s/     James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE

---

[6] *Thomas v. Arn*, 474 U.S. 140, 154 (1985); *Gerth v. Warden, Allen Oakwood Corr. Inst.*, 938 F.3d 821, 827 (6th Cir. 2019).
[7] *See Thomas*, 474 U.S. at 149–50.
[8] 28 U.S.C. § 1915(a)(1).

-2-